UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VRINDER SINGH RANDHAWA,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 2:25-cv-02734-DAD-CSK PS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION TO DISMISS, AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT LEAVE TO AMEND

(Doc. Nos. 11, 32, 36)

Plaintiff Vrinder Singh Randhawa is proceeding *pro se* in the above-captioned civil action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 24, 2026, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss (Doc. No. 11) be granted and this action be dismissed without further leave to amend. (Doc. No. 32.) Specifically, the magistrate judge concluded that, as conceded by plaintiff, this action is substantively identical to a prior case brought by plaintiff in this court that was dismissed for failure to state a claim and that this action is therefore barred by *res judicata*. (*Id.* at 5–7.) In addition, the magistrate judge found that plaintiff's vague and conclusory allegations were insufficient to state cognizable claims for relief under the Federal Tort Claims Act (FTCA), the Fifth or Fourteenth Amendments, or the

Administrative Procedures Act (APA). (*Id.* at 7.) Finally, the magistrate judge concluded that because plaintiff had not asserted viable claims in his four successive federal lawsuits brought before two different courts that the granting of leave to amend would be futile. (*Id.* at 8.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.*) On April 30, 2026, the court received plaintiff's objections to the pending findings and recommendations. (Doc. No. 34.) On May 11, 2026, defendants filed a response to plaintiff's objections. (Doc. No. 35.) On May 20, 2026, plaintiff filed a motion for leave to file a limited sur-reply and a sur-reply to defendant's response.[1] (Doc. Nos. 36, 37.)

In his objections plaintiff repeats many of the same arguments made before the magistrate judge and rejected or arguments that the magistrate judge found need not be addressed in light of the grounds for the recommendation of dismissal. The court finds plaintiff's arguments that this action involves events not previously litigated in his earlier cases or claims that later accrued (Doc. Nos. 34 at 1–8) to be unpersuasive. Defendant's response to plaintiff's objections in detailed fashion identify why this action is barred by *res judicata*, fails to state a cognizable claim, and (although not relied upon by the findings and recommendations) is also foreclosed by collateral estoppel. (Doc. No. 35 at 2–11.) Nothing in plaintiff's reply or sur-reply to the defendant's response provides a legitimate basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 24, 2026 (Doc. No. 32) are adopted in full;

/////

---

[1] Plaintiff's motion to file a limited sur-reply (Doc. No. 36) will be granted.

2. Plaintiff's motion to file a sur-reply to defendant's response to plaintiff's objections (Doc. No. 36) is granted;

3. Defendants' motion to dismiss (Doc. No. 11) is granted and plaintiff's complaint is dismissed with prejudice and without further leave to amend; and

4. The Clerk of the Court is directed to enter judgment in favor of defendant and to close this case.

IT IS SO ORDERED.

Dated: **September 17, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE